**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-6686**

———————

CARL PETER ANTONI,

Plaintiff - Appellant,

versus

DOCTOR SAATHOFF,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Glen E. Conrad, Magistrate Judge.
(CA-96-649-R)

———————

Submitted:  May 14, 1998          Decided:  May 21, 1998

———————

Before WIDENER and MICHAEL, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Carl Peter Antoni, Appellant Pro Se.  Gene Rodney Young, II, WHARTON, ALDHIZER & WEAVER, Harrisonburg, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Antoni v. Saathoff</u>, No. CA-96-649-R (W.D. Va. Mar. 13, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>